UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO B. MATIAS,

    Petitioner,

v.

CONNIE GIPSON,

    Respondent.

Case No. 14-cv-00526-JD

**JUDGMENT**

    The Court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: October 13, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO B. MATIAS,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE GIPSON,<br><br>    Defendant. | Case No. 14-cv-00526-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo B. Matias ID: AD5597
H.D.S.P
P.O. Box 3030
Susanville, CA 96127

Dated: October 13, 2015

                                                Susan Y. Soong
                                                Clerk, United States District Court

By: *[signature: Lisa R. Clark]*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO